IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME
EXPIRES TO FILE MOTION FOR
REHEARING AND DISPOSITION
THEREOF IF FILED

TED JUSTIN WILLIAMS,

      Petitioner,

v.

      Case No. 5D22-1738
      LT Case No. 2019-CF-017095-A

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 5, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, and
Michael Mario Pirolo, Chief Assistant
Public Defender, Viera, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

June 16, 2022 judgment and sentence rendered in Case No. 2019-CF-

017095-A, in the Circuit Court in and for Brevard County, Florida. <u>See</u> Fla.

R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EVANDER, EDWARDS, and HARRIS, JJ., concur.